CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 12 2019

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| S.USA LIFE INSURANCE COMPANY INC., | ) <br> ) <br> ) |
| Plaintiff, | ) Case No. 7:18-cv-509 <br> ) |
| v. | ) <br> ) |
| CHRISTA BRIELLE NINO, | ) By: Michael F. Urbanski <br> ) Chief United States District Judge |
| Defendant. | ) |

## ORDER

This matter is before the court on plaintiff S.USA Life Insurance Company, Inc.'s Notice of Voluntary Dismissal (ECF No. 8), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, the court **ORDERS** that the above-captioned matter is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: 04-12-2019

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge